# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MUSTAFA ALI, | : | No. 10 EM 2023 |
| Petitioner | : | |
| v. | : | |
| JUDGE JEFFREY MINEHART; PHILADELPHIA COURT OF COMMON PLEAS, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of May, 2023, the "Petition for Review in the Nature of a Complaint in Mandamus" is DENIED, and the "Application for Relief to File a Response *Nunc Pro Tunc*" is DISMISSED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.